1  Terrance J. Slominski, OSB# 81376
   David W. Venables, OSB# 081291
2  Slominski & Associates
   7150 SW Hampton, Suite 201
3  Tigard OR 97223
   Phone: 503-968-2505
4  FAX: 503-684-7950
   Email: tjslominski@yahoo.com
5

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ELMER L. BURGETT,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, CAPITAL SECURITIES MORTGAGE, INC., a California corporation, and BENCHMARK MORTGAGE CORPORATION, INC., a California corporation, and NORTH AMERICAN SPECIALTY INSURANCE CORP, a New Hampshire Corporation, AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company, and HOMECOMINGS FINANCIAL, a Delaware LLC<br><br>Defendants | No. 6:09-cv-06244-HO<br><br>MOTION FOR ORDER OF DEFAULT |

In accordance with Fed. R. Civ. P 55(b), Plaintiff hereby moves for the court for an order of default and default judgment against Defendant Cal-Western Reconveyance Corporation for failure to plead or otherwise defend. Defendant was duly served with Summons and Complaint on September 4, 2009, in the manner prescribed by law, the time for

Page 1 -    MOTION FOR ORDER OF DEFAULT

SLOMINSKI & ASSOCIATES
*Attorneys at Law*
7150 SW Hampton, Suite 201
Tigard OR 97223
503-968-2505

1  answering or appearing has expired, and defendant Cal-Western Reconveyance Corporation
2  has not answered or otherwise appeared.
3      As points and authorities, plaintiff relies on the declaration of David W. Venables, and
4  the records and files of this court.
5      DATED this 9th day of December, 2009.

                                                /s/ Terrance J. Slominski
                                           Terrance J. Slominski, OSB 81376
                                           Slominski and Associates
                                           Of Attorneys for Plaintiff

Page 2 -    MOTION FOR ORDER OF DEFAULT